4   455
5   480
11*  580
17*  125

FRANK WRIGHT, APPELLANT, v. MAYER S. ASCH-
HEIM AND JAMES M. MOCKS, RESPONDENTS.

APPEAL—ERROR NOT PRESUMED.—An order granting a new trial will
not be reversed on appeal unless error therein be made affirma-
tively to appear.

APPEAL from a judgment of the district court of the
third district, granting a new trial. The opinion states the
facts.

*Messrs. Woods & Hoffman* and *Mr. Arthur Brown,* for
the appellant.

*Messrs. Bennett, Harkness & Kirkpatrick,* for the re-
spondents.

POWERS, J.:

The plaintiff having recovered a verdict in the court
below, the defendant moved for a new trial upon two
grounds: (1) Insufficiency of the evidence to justify the
verdict of the jury, and that the verdict and decision is
against law; (2) errors in law occurring at the trial, and
excepted to by the defendant. A new trial was granted,
and from that order the plaintiff appeals.

It is not seriously contended in this court that the court
below erred in its rulings upon the trial, or in its charge to
the jury. We think that the case was very fairly tried, and
the questions of fact were submitted to the jury with the
defendants' rights well guarded. We think the court laid
down the law correctly, and we see nothing to criticise in
that regard. The case having been fairly submitted to the
jury for its consideration, it is our duty to hesitate before
we hold the verdict to be contrary to the evidence, even if
we have the power so to do. We have given the testi-
mony, as presented by the statement, a careful review, and
we are not satisfied that error has been committed. It is

our duty, in such a case, to be governed largely by the decisions of the trial judge, who heard the testimony, and who had an opportunity to observe the witnesses while testifying. That being so, we will not disturb the order of the court below awarding a new trial. In other words, the burden being upon the party appealing to convince us that error has been committed, and the court not being so satisfied as the case stands on the present record, [the order] is affirmed, with costs.

Zane, C. J., and Boreman, J., concurred.